

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2015

No. 04-15-00271-CV

**ESTATE OF JOHNNIE MAE KING,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2001-PC-1263
Honorable Kelly Cross, Judge Presiding

## O R D E R

Appellant has filed a motion asking for numerous forms of relief from this court. First, appellant asks that we grant a "temporary injunction" pursuant to Rule 52.1 of the Texas Rules of Procedure, enjoining appellees "from relying on orders of the Bexar County Probate Court #1 that permit it to continue collection activities and litigation in violation of the guiding principles of San Antonio Area Foundation v. Lang, 2000 WL 1675984 (Tex. 2000)." Rule 52.1 governs original proceedings filed in this court. See Tex. R. App. P. 52.1. If appellant is seeking a writ of injunction, he must do so in accordance with the rules applicable to such proceedings. The motion filed by appellant is not a writ under Rule 52. Accordingly, we DENY appellant's motion with regard to the request for a "temporary injunction." Second, appellant asks for a rehearing of this court's orders of October 20, 2015, and October 22, 2015. In the first order, issued October 20, 2015, we denied appellant's request to abate and filed a second amended brief. In the October 22, 2015 order, we simply ordered several motions filed by appellees carried with the appeal. Upon review, we DENY appellant's motion asking this court to overturn these orders. Finally, appellant asks for "an extension of time to file a reply brief until after a final disposition of this motion[.]" We GRANT this portion of appellant's motion to the extent appellant is seeking additional time to file a reply brief. Appellees' brief was filed October 21, 2015. Accordingly, appellant's reply brief is due on or before November 10, 2015 – twenty from the date appellees' brief was filed. See Tex. R. App. P. 38.6(c). We ORDER appellant to file his reply brief on or before November 30, 2015, giving appellant an additional twenty days to file his reply brief.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2015.



Keith E. Hottle
Clerk of Court